UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALPHEAUS E. MARCUS,

                Plaintiff,

-against-

ALEM ENTERPRISE, INC., CORPORATE ENTITY/ALTER EGO; BETE REALTY, CORPORATE ENTITY/ALTER EGO; ABJUL AHMED, OWNER/MANAGING AGENT OF CORPORATE ENTITIES; MIZRAHI LAW OFFICES, LLC, CORPORATE ENTITY; ROBERT MIZRAHI, OWNER/MANAGING AGENT OF CORPORATE ENTITY; CLARENCE YOUNG,

                Defendants.

23-CV-3884 (LTS)

CIVIL JUDGMENT

For the reasons stated in the January 2, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   January 2, 2024
           New York, New York

                                          /s/ Laura Taylor Swain
                                          LAURA TAYLOR SWAIN
                                    Chief United States District Judge